Linda **MILLICAN** and **Nigel Clayton,** the natural parents of April Lea Clayton, Deceased, Petitioners,

v.

Rick **WOLFE** and **Shirley Wolfe,** individually, and d/b/a The Soda Saloon; Robert Dietz; and J.D. Carelli, Respondents.

No. 85 SC 72.

Supreme Court of Colorado, En Banc.

Oct. 21, 1986.

Upon review of the records and briefs filed herein, and having heard the oral arguments of counsel,

It Is This Day Ordered that the *Writ* of *Certiorari* in the above captioned case shall be, and the same hereby is, *Dismissed as Improvidently granted.*